UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

SLICKDEALS, LLC, and APPLE INC.,

Defendants.

Case No.  25-cv-06187-JSC

**ORDER RE: SLICKDEAL'S MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Re: Dkt. Nos. 35, 38

Mr. Goddard sues Slickdeals, LLC ("Slickdeals") and Apple Inc. ("Apple").  (Dkt. No. 1.)  After Apple moved to dismiss, Mr. Goddard moved for leave to file a second amended complaint.  (Dkt. Nos. 15, 18.)  On October 21, 2025, the Court issued an order granting Apple's motion to dismiss and denying Mr. Goddard's motion for leave to file a second amended complaint.  (Dkt. No. 32.)  In addition, pursuant to Federal Rules of Civil Procedure 20(a)(2) and 21, the Court dismissed Mr. Goddard's claims against Slickdeals as improperly joined without prejudice to Mr. Goddard filing those claims in a separate complaint.  (*Id.* at 15-16.)

Later that day, Slickdeals filed a motion to dismiss Mr. Goddard's claims against it pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), or, in the alternative, for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Dkt. No. 35.)  The Court DENIES Slickdeals's motion to dismiss as moot in light of its October 21 order.

Then, on October 22, 2025, Mr. Goddard filed an emergency motion for summary judgment.  (Dkt. No. 38.)  The Court's October 21 order dismissed Mr. Goddard's complaint and denied Mr. Goddard leave to file a second amended complaint.  (Dkt. No. 32.)  The order also granted Mr. Goddard leave to file an amended complaint ***against Apple*** by **November 21, 2025**.

United States District Court
Northern District of California

1    (*Id.* at 16-17.)  Because Mr. Goddard does not currently have an operative complaint before the

2    Court upon which to seek judgment, the Court DENIES Mr. Goddard's emergency motion for

3    summary judgment.

4         This Order disposes of Docket Nos. 35 and 38.

5         **IT IS SO ORDERED.**

6    Dated: October 22, 2025

7

8

9    JACQUELINE SCOTT CORLEY
     United States District Judge