1  THOMAS J. GODDARD
2  thomas@lawz.app
   1910 N. Main St., Suite 627
3  Walnut Creek, CA 94596
   Telephone: (415) 985-5539
4  Plaintiff, pro se
   Pepperdine University
5  Administrative Law & Litigation + International Law

6

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12  THOMAS JOSEPH GODDARD,          | Case No. 3:25-cv-06187-JSC

13         Plaintiff,

14             v.                    | **LIST OF ALL PENDING CASES
                                     | & SCHEDULED COURT**
15  APPLE INC.,                     | **APPEARANCES**

16         Defendant.               | (All Related Cases Listed Herein)

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ................................................................. 4

    A.    CASES ................................................................. 4

    B.    STATUTES AND RULES ............................................. 5

I.    INTRODUCTION ........................................................... 6

II.    PENDING FEDERAL CASES — NORTHERN DISTRICT OF
CALIFORNIA ................................................................. 6

III.    PENDING FEDERAL CASE — DISTRICT OF NEW JERSEY ...... 6

IV.    PENDING APPEALS — NINTH CIRCUIT COURT OF APPEALS ... 7

V.    PENDING STATE COURT CASES ..................................... 7

VI.    SCHEDULED COURT APPEARANCES ............................... 7

    A.    February 2026 ................................................... 7

    B.    March 2026 ....................................................... 8

    C.    April 2026 ........................................................ 8

    D.    May 2026 ......................................................... 8

    E.    June 2026 ........................................................ 12

    F.    July 2026 ......................................................... 12

VII.    CASES AWAITING SCHEDULING ................................... 13

VIII.    NINTH CIRCUIT APPEALS — NO ORAL ARGUMENT DATES SET ... 13

IX.    KEY UPCOMING DEADLINES ....................................... 14

X.    ADA ACCOMMODATION NOTICE ................................... 14

XI.    DECLARATION ........................................................... 15

XII.    INDEX OF INCORPORATION BY REFERENCE .................... 22

    A.    Legal Authority for Incorporation ............................ 22

    B.    Incorporated Federal Proceedings ........................... 23

    C.    Documents from Ninth Circuit Appeals ..................... 33

    D.    Incorporated State Court Proceedings ...................... 35

    E.    Administrative Proceedings ................................... 37

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

F.    Medical Documentation                                    38

G.    Witness Declarations                                     39

H.    Statistical & Pattern Evidence                           39

I.    Discrimination Event Database                            40

J.    Criminal Proceedings                                     41

K.    Financial Institution Evidence                           42

L.    Incorporated Judicial Decisions                          42

M.    Cross-Institutional Coordination Evidence                43

N.    Effect of Incorporation                                  44



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

1

# TABLE OF AUTHORITIES

2

### A.   CASES

3
*Barden v. City of Sacramento,*

4
292 F.3d 1073 (9th Cir. 2002) ............................................... 11

5
*Castaneda v. Partida,*

6
430 U.S. 482 (1977) ....................................................... 36

7
*Griggs v. Provident Consumer Disc. Co.,*

8
459 U.S. 56 (1982) ....................................................... 10

9
*Holland v. Florida,*

10
560 U.S. 631 (2010) ....................................................... 30

11
*Hollis v. R&R Restaurants, Inc.,*

12
861 F.3d 1076 (9th Cir. 2017) ............................................... 30

13
*Hunter v. Underwood,*

14
471 U.S. 222 (1985) ....................................................... 22

15
*Khoja v. Orexigen Therapeutics, Inc.,*

16
899 F.3d 988 (9th Cir. 2018) ............................................... 17

17
*Murray v. UBS Securities LLC,*

18
601 U.S. _____ (2024) ...................................................... 26

19
*Parrish v. Latham & Watkins,*

20
238 F.R.D. 644 (C.D. Cal. 2006) ............................................ 22

21
*Rosenberger v. Rector & Visitors of Univ. of Va.,*

22
515 U.S. 819 (1995) ....................................................... 33

23
*Tennessee v. Lane,*

24
541 U.S. 509 (2004) ............................................... 11, 16, 36

25
*Thakur v. Trump,*

26
No. 25-4249 (9th Cir. Dec. 23, 2025) ....................................... 33

27
*Weiland v. Palm Beach Cnty. Sheriff's Office,*

28
792 F.3d 1313 (11th Cir. 2015) ............................................. 17

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1

## B. STATUTES AND RULES

2  18 U.S.C. § 1962 (RICO) ........................................................... 30, 35

3  28 U.S.C. § 1331 (Federal Question Jurisdiction) ................................. *passim*

4  28 U.S.C. § 1746 (Unsworn Declarations) ............................................ 14

5  29 U.S.C. § 1132 (ERISA) ............................................................ 27

6  42 U.S.C. § 1981 (Civil Rights) ................................................. 22, 25

7  42 U.S.C. § 1983 (Civil Rights – Under Color of Law) ........................... 21, 25

8  42 U.S.C. § 12102 (ADA Definition of Disability) .................................... 11

9  42 U.S.C. § 12132 (ADA Title II) ........................................... 11, 16, 36

10  Fed. R. Civ. P. 3-12 (Civ. L.R. Related Cases) ...................................... 2

11  Fed. R. Civ. P. 7-1 (Civ. L.R. Motions Practice) .................................... 2

12  Fed. R. Civ. P. 10(c) (Incorporation by Reference) ................................. 17

13  Fed. R. Civ. P. 26(e) (Duty to Supplement) .......................................... 9

14  Fed. R. Civ. P. 26(f) (Conference of Parties) ....................................... 9

15  Fed. R. Evid. 106 (Rule of Completeness) ........................................... 22

16  Fed. R. Evid. 201 (Judicial Notice) ............................................ 22, 32

17  ADR L.R. 3-5(b) (ADR Certification) ................................................. 9

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## I.   INTRODUCTION

Plaintiff THOMAS JOSEPH GODDARD ("Plaintiff"), appearing pro se, respectfully submits this List of All Pending Cases and Scheduled Court Appearances pursuant to Civil Local Rules 3-12 and 7-1.[1] Plaintiff currently has pending cases before this Court, the Ninth Circuit Court of Appeals, various California state courts, and the District of New Jersey. This list is provided to assist the Court in scheduling and to identify potential conflicts among Plaintiff's numerous scheduled appearances.[2]

As of the date of this filing, Plaintiff has **seventeen (17) active federal district court cases**, **four (4) pending appeals** in the Ninth Circuit, and **six (6) active state court matters**, for a total of **twenty-seven (27) pending matters** requiring Plaintiff's participation.[3]

## II.   PENDING FEDERAL CASES — NORTHERN DISTRICT OF CALIFORNIA

| Case Name | Case Number | Assigned Judge |
|---|---|---|
| Goddard v. Apple Inc., et al. | 3:25-cv-06187-JSC | Hon. Jacqueline Scott Corley |
| Goddard v. 1910 N. Main St. Apartments, LLC | 3:25-cv-05882-EMC | Hon. Edward M. Chen |
| Goddard v. Slickdeals, LLC | 3:26-cv-01039-AGT | Mag. Judge Alex G. Tse |
| Goddard v. Amazon.com, Inc. | 3:26-cv-01040-AGT | Mag. Judge Alex G. Tse |
| Goddard v. Warby Parker Inc. | 3:26-cv-01041-AGT | Mag. Judge Alex G. Tse |
| Goddard v. JPMorgan Chase & Co. | 3:26-cv-01042-PHK | Mag. Judge Peter H. Kang |
| Goddard v. Neutrino Labs, Inc. | 3:26-cv-01043-AMO | Hon. Araceli Martinez-Olguin |
| Goddard v. Anthropic, PBC | 4:26-cv-01044-ASK | Hon. Beth Labson Freeman |
| Goddard v. Guardian Life Ins. Co. | 3:26-cv-01045-LB | Hon. Araceli Martinez-Olguin |
| Goddard v. Microsoft Corp. | 4:26-cv-01046-JST | Hon. Jon S. Tigar |
| Goddard v. 1910 N. Main St. Apartments (II) | 3:26-cv-01237-TLT | Hon. Edward M. Chen |
| Goddard v. Verizon Communications | 3:26-cv-01238-SK | Mag. Judge Sallie Kim |
| Goddard v. Campins et al. | 3:26-cv-01239-SK | Mag. Judge Sallie Kim |
| Goddard v. Sares-Regis Group | 3:26-cv-01289-VC | Hon. Vince Chhabria |
| Goddard v. Sheriff Livingston et al. | 3:26-cv-01289-CRB | Hon. Charles R. Breyer |
| Goddard v. Zuckerberg, et al. | 26-cv-01512-AGT | Mag. Judge Alex G. Tse |

## III.   PENDING FEDERAL CASE — DISTRICT OF NEW JERSEY

---

[1]Civ. L.R. 3-12 requires disclosure of related cases. Civ. L.R. 7-1 governs the form of motions and related filings in this District.
[2]Pro se filings are held to "less stringent standards than formal pleadings drafted by lawyers." *Barden v. City of Sacramento*, 292 F.3d 1073, 1075 (9th Cir. 2002).
[3]This Court has subject-matter jurisdiction over each federal case under 28 U.S.C. § 1331 (federal question). The state cases arise under California state law and are listed for scheduling-conflict purposes.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

| Case Name | Case Number | Assigned Judge |
|---|---|---|
| Goddard v. InterServer, Inc. | 2:25-cv-03883-EP-MAH | Hon. Evelyn Padin |

## IV.  PENDING APPEALS — NINTH CIRCUIT COURT OF APPEALS

| Case Name | Case No. | Status |
|---|---|---|
| Goddard v. 1910 N. Main St. Apartments | 25-6676 | Opening brief filed; awaiting response |
| Goddard v. Slickdeals, LLC et al. | 25-6741 | Briefing active |
| Goddard v. 1910 N. Main St. Apartments (II) | 25-5230 | Active |
| Goddard v. Contra Costa County | 25-2205 | Opening brief filed April 2025 |

## V.  PENDING STATE COURT CASES

| Case Name | Case No. | Court | Status |
|---|---|---|---|
| Goddard v. Slickdeals | CGC-25-623360 | SF Superior, Dept. 206 | Trial: May 4, 2026 |
| Goddard v. Slickdeals | 25CV153783 | Alameda Superior, Dept. 520 | CMC: Apr. 10, 2026 |
| Goddard v. Apple Inc. | 25CV162300 | Alameda Superior, Dept. 17 | CMC: May 29, 2026 |
| Goddard v. Stamps.com | 26SC164063 | Alameda SC, Dept. 521 | Trial: Mar. 4, 2026 |
| People v. Goddard | 01-24-03484 | CC Superior, Dept. 10 | Criminal/Diversion |
| Amiri v. Goddard | D24-03337 | CC Superior (Family) | DV/RO proceeding |

## VI.  SCHEDULED COURT APPEARANCES

The following is a complete chronological list of all scheduled court appearances as of the date of this filing:

### A.  February 2026

1.  **February 25, 2026 — 2:00 p.m.**

    *Goddard v. Apple Inc., et al.*, No. 3:25-cv-06187-JSC

    U.S. District Court, Northern District of California

    Before Hon. Jacqueline Scott Corley

    **Type:** Initial Case Management Conference

    **Appearance:** Videoconference (Zoom — `cand.uscourts.gov/jsc`)

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

**B.   March 2026**

    1.   **March 4, 2026 — 9:00 a.m.**

        *Goddard v. Stamps.com, Inc.*, No. 26SC164063

        Alameda County Superior Court, Small Claims Division, Department 521

        Hayward Hall of Justice, Hon. Julie Wilensky

        **Type:** Small Claims Trial

        **Appearance:** Remote (ADA accommodation requested February 19, 2026)

**C.   April 2026**

    1.   **April 10, 2026 — 2:00 p.m.**

        *Goddard v. Slickdeals, LLC*, No. 25CV153783

        Alameda County Superior Court, Department 520

        Hayward Hall of Justice, Hon. Jamilah A. Jefferson

        **Type:** Initial Case Management Conference

        **Appearance:** In person

**D.   May 2026**

    1.   **May 4, 2026 — 9:30 a.m.**

        *Goddard v. Slickdeals, LLC*, No. CGC-25-623360

        San Francisco County Superior Court, Department 206

        **Type:** Trial — Employment Discrimination

        **Appearance:** In person

    2.   **May 6, 2026 — 11:00 a.m.**

        *Goddard v. JPMorgan Chase & Co.*, No. 3:26-cv-01042-PHK

        U.S. District Court, Northern District of California

        Courtroom F, 15th Floor, San Francisco Courthouse

        Before Mag. Judge Peter H. Kang

        **Type:** Initial Case Management Conference

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1    **Appearance:** In person

2    **CMS Statement Due:** April 29, 2026

3    3.    **May 7, 2026 — 10:00 a.m.**

4    *Goddard v. Neutrino Labs, Inc.*, No. 3:26-cv-01043-AMO

5    U.S. District Court, Northern District of California

6    Courtroom 10, 19th Floor, San Francisco Courthouse

7    Before Hon. Araceli Martinez-Olguin

8    **Type:** Initial Case Management Conference

9    **Appearance:** In person

10    **CMS Statement Due:** April 30, 2026

11    4.    **May 7, 2026 — 11:00 a.m.**

12    *Goddard v. Guardian Life Ins. Co. of America*, No. 3:26-cv-01045-LB

13    U.S. District Court, Northern District of California

14    Before Hon. Araceli Martinez-Olguin

15    **Type:** Initial Case Management Conference

16    **Appearance:** Videoconference (Zoom — `cand.uscourts.gov/lb`)

17    **CMS Statement Due:** April 30, 2026

18    5.    **May 8, 2026 — 2:00 p.m.**

19    *Goddard v. Slickdeals, LLC*, No. 3:26-cv-01039-AGT

20    U.S. District Court, Northern District of California

21    Before Mag. Judge Alex G. Tse

22    **Type:** Initial Case Management Conference

23    **Appearance:** Videoconference

24    **CMS Statement Due:** May 1, 2026

25    6.    **May 8, 2026 — 2:00 p.m.**

26    *Goddard v. Amazon.com, Inc.*, No. 3:26-cv-01040-AGT

27    U.S. District Court, Northern District of California

28    Before Mag. Judge Alex G. Tse

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

1    **Type:** Initial Case Management Conference

2    **Appearance:** Videoconference

3    **CMS Statement Due:** May 1, 2026

4    7.    **May 8, 2026 — 2:00 p.m.**

5    *Goddard v. Warby Parker Inc.*, No. 3:26-cv-01041-AGT

6    U.S. District Court, Northern District of California

7    Before Mag. Judge Alex G. Tse

8    **Type:** Initial Case Management Conference

9    **Appearance:** Videoconference

10   **CMS Statement Due:** May 1, 2026

11   8.    **May 11, 2026 — 1:30 p.m.**

12   *Goddard v. Campins et al.*, No. 3:26-cv-01239-SK

13   U.S. District Court, Northern District of California

14   Before Mag. Judge Sallie Kim

15   **Type:** Initial Case Management Conference

16   **Appearance:** Videoconference

17   **CMS Statement Due:** May 4, 2026

18   9.    **May 11, 2026 — 1:30 p.m.**

19   *Goddard v. Verizon Communications, Inc.*, No. 3:26-cv-01238-SK

20   U.S. District Court, Northern District of California

21   Before Mag. Judge Sallie Kim

22   **Type:** Initial Case Management Conference

23   **Appearance:** Videoconference

24   **CMS Statement Due:** May 4, 2026

25   10.   **May 14, 2026 — 10:00 a.m.**

26   *Goddard v. 1910 N. Main St. Apartments, LLC (II)*, No.

27   3:26-cv-01237-TLT

28   U.S. District Court, Northern District of California

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1          Before Hon. Edward M. Chen

2          **Type:** Initial Case Management Conference

3          **Appearance:** To be determined

4          **CMS Statement Due:** May 7, 2026

5     11.   **May 15, 2026 — 8:30 a.m.**

6          *Goddard v. Sares-Regis Group*, No. 3:26-cv-01289-VC

7          U.S. District Court, Northern District of California

8          Before Hon. Vince Chhabria

9          **Type:** Initial Case Management Conference

10         **Appearance:** Videoconference

11         **CMS Statement Due:** May 8, 2026

12    12.   **May 15, 2026 — 8:30 a.m.**

13         *Goddard v. Sheriff Livingston et al.*, No. 3:26-cv-01289-CRB

14         U.S. District Court, Northern District of California

15         Before Hon. Charles R. Breyer

16         **Type:** Initial Case Management Conference

17         **Appearance:** Videoconference

18         **CMS Statement Due:** May 8, 2026

19    13.   **May 22, 2026 — 2:00 p.m.**

20         *Goddard v. Zuckerberg et al.*, No. 26-cv-01512-AGT

21         U.S. District Court, Northern District of California

22         Before Mag. Judge Alex G. Tse

23         **Type:** Initial Case Management Conference

24         **Appearance:** Videoconference

25         **CMS Statement Due:** May 15, 2026

26    14.   **May 29, 2026 — 9:00 a.m.**

27         *Goddard v. Apple Inc.*, No. 25CV162300

28         Alameda County Superior Court, Department 17

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1    René C. Davidson Courthouse, Hon. Chad A. Stegeman

2    **Type:** Initial Case Management Conference

3    **Appearance:** In person

4    **E.    June 2026**

5        1.    **June 1, 2026**

6    *Goddard v. 1910 N. Main St. Apartments, LLC*, No. 3:25-cv-05882-EMC

7    U.S. District Court, Northern District of California

8    Before Hon. Edward M. Chen

9    **Type:** Pretrial Conference

10    **Appearance:** To be determined

11        2.    **June 2, 2026 — 2:00 p.m.**

12    *Goddard v. Microsoft Corp.*, No. 4:26-cv-01046-JST

13    U.S. District Court, Northern District of California

14    Before Hon. Jon S. Tigar

15    **Type:** Initial Case Management Conference

16    **Appearance:** Videoconference (Zoom — `cand.uscourts.gov/jst`)

17    **CMS Statement Due:** May 26, 2026

18    **Appearance List Due:** June 1, 2026, 2:00 p.m. to

19    `jstcrd@cand.uscourts.gov`

20    **F.    July 2026**

21        1.    **July 2, 2026 — 11:00 a.m.**

22    *Goddard v. Anthropic, PBC*, No. 4:26-cv-01044-ASK

23    U.S. District Court, Northern District of California

24    Before Hon. Beth Labson Freeman

25    **Type:** Initial Case Management Conference

26    **Appearance:** Videoconference

27    **CMS Statement Due:** June 25, 2026

28    **Note:** Reset per Dkt. 27 (Feb. 23, 2026) following reassignment to

Judge Freeman.

## VII.   CASES AWAITING SCHEDULING

The following cases currently have no scheduled hearing date:[4]

1.  *Goddard v. InterServer, Inc.*, No. 2:25-cv-03883-EP-MAH (D.N.J.) — Copyright claim dismissed without prejudice September 22, 2025; copyright certificate filed January 2, 2026. No hearing currently scheduled.

2.  *People v. Goddard*, No. 01-24-03484 (Contra Costa Superior Court) — Criminal/diversion proceedings ongoing. Next hearing date not yet set.

3.  *Amiri v. Goddard*, No. D24-03337 (Contra Costa Superior Court, Family Division) — Domestic violence/restraining order proceedings. Next hearing date not yet set.

## VIII.   NINTH CIRCUIT APPEALS — NO ORAL ARGUMENT DATES SET

Plaintiff has four (4) pending appeals before the United States Court of Appeals for the Ninth Circuit.[5] No oral argument dates have been set in any of these matters:

1.  *Goddard v. 1910 N. Main St. Apartments, LLC*, No. 25-6676 — Opening brief filed January 2, 2026; awaiting Appellee's response brief. Released from Ninth Circuit Mediation Program on February 9, 2026.

2.  *Goddard v. Slickdeals, LLC et al.*, No. 25-6741 — Briefing active; mediation questionnaire filed October 29, 2025.

3.  *Goddard v. 1910 N. Main St. Apartments, LLC (II)*, No. 25-5230 — Active.

4.  *Goddard v. Contra Costa County*, No. 25-2205 — Opening brief filed April 2025; pending.

---

[4]Plaintiff will promptly supplement this list upon receiving hearing dates in any of these matters. *See* Fed. R. Civ. P. 26(e) (duty to supplement).
[5]The filing of a notice of appeal divests the district court of jurisdiction over matters on appeal. *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982).



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

## IX.   KEY UPCOMING DEADLINES

In addition to the court appearances listed above, the following significant deadlines are noted:

| Date | Deadline |
|---|---|
| Feb. 28, 2026 | Depositions complete — *Goddard v. NOMA* (3:25-cv-05882-EMC) |
| Mar. 6, 2026 | Consent/Declination due — *Goddard v. Zuckerberg* (26-cv-01512-AGT) |
| Mar. 15, 2026 | Discovery cutoff — *Goddard v. NOMA* (3:25-cv-05882-EMC) |
| Mar. 23, 2026 | Responses due re Second Motion to Amend (Dkt. 87) — *Goddard v. Apple* (3:25-cv-06187-JSC) |
| Mar. 24, 2026 | Replies due re Second Motion to Amend (Dkt. 87) — *Goddard v. Apple* (3:25-cv-06187-JSC) |
| Apr. 15, 2026 | Dispositive motions — *Goddard v. NOMA* (3:25-cv-05882-EMC) |
| Apr. 16, 2026 | ADR Certification & Meet-and-Confer — *Goddard v. Neutrino Labs* (3:26-cv-01043-AMO) |
| Apr. 16, 2026 | ADR Certification & Meet-and-Confer — *Goddard v. Guardian Life* (3:26-cv-01045-LB) |
| Apr. 28, 2026 | CMS Statement due — *Goddard v. Anthropic* (4:26-cv-01044-ASK) |
| Apr. 29, 2026 | CMS Statement due — *Goddard v. JPMorgan Chase* (3:26-cv-01042-PHK) |
| Apr. 30, 2026 | CMS Statement due — *Goddard v. Neutrino Labs* (3:26-cv-01043-AMO) |
| Apr. 30, 2026 | CMS Statement due — *Goddard v. Guardian Life* (3:26-cv-01045-LB) |
| Apr. 30, 2026 | CMS Statement due — *Goddard v. Microsoft* (4:26-cv-01046-JST) |
| May 1, 2026 | CMS Statement due — *Goddard v. Slickdeals* (3:26-cv-01039-AGT) |
| May 1, 2026 | CMS Statement due — *Goddard v. Amazon* (3:26-cv-01040-AGT) |
| May 1, 2026 | CMS Statement due — *Goddard v. Warby Parker* (3:26-cv-01041-AGT) |
| May 4, 2026 | CMS Statement due — *Goddard v. Verizon* (3:26-cv-01238-SK) |
| May 4, 2026 | CMS Statement due — *Goddard v. Campins* (3:26-cv-01239-SK) |
| May 7, 2026 | CMS Statement due — *Goddard v. NOMA (II)* (3:26-cv-01237-TLT) |
| May 8, 2026 | CMS Statement due — *Goddard v. Sares-Regis* (3:26-cv-01289-VC) |
| May 8, 2026 | CMS Statement due — *Goddard v. Sheriff Livingston* (3:26-cv-01289-CRB) |
| May 15, 2026 | CMS Statement due — *Goddard v. Zuckerberg* (26-cv-01512-AGT) |
| May 21, 2026 | EEOC Right to Sue requestable (180 days) — *Goddard v. Apple* (EEOC Inq. 556-2026-00154) |
| May 26, 2026 | CMS Statement due — *Goddard v. Microsoft* (4:26-cv-01046-JST) |
| May 28, 2026 | CMS Statement due — *Goddard v. Guardian Life* (3:26-cv-01045-LB) |
| Jun. 25, 2026 | CMS Statement due — *Goddard v. Anthropic* (4:26-cv-01044-ASK) |
| Aug. 15, 2026 | Fact discovery cutoff — *Goddard v. Apple* (3:25-cv-06187-JSC) |
| Sep. 15, 2026 | Expert disclosures (Plaintiff) — *Goddard v. Apple* (3:25-cv-06187-JSC) |
| Oct. 15, 2026 | Expert disclosures (Defendants) — *Goddard v. Apple* (3:25-cv-06187-JSC) |
| Nov. 30, 2026 | Expert discovery cutoff — *Goddard v. Apple* (3:25-cv-06187-JSC) |
| Dec. 30, 2026 | Dispositive motions — *Goddard v. Apple* (3:25-cv-06187-JSC) |

## X.   ADA ACCOMMODATION NOTICE

Plaintiff has documented disabilities including essential tremor, cognitive processing difficulties, and PTSD that substantially limit major life activities.[6] These disabilities have been recognized by this Court in Case Nos. 3:25-cv-06187-JSC and

---

[6]These conditions are "disabilities" within the meaning of the ADA, 42 U.S.C. § 12102(1), as they "substantially limit one or more major life activities."



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

3:25-cv-02910-CRB.[7] Plaintiff requests ADA accommodations for remote appearance via videoconference for all hearings where such accommodation is available, consistent with Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132, and *Tennessee v. Lane*, 541 U.S. 509, 533–34 (2004).[8]

## XI.   DECLARATION

I, THOMAS JOSEPH GODDARD, declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing list of pending cases and scheduled court appearances is true and correct to the best of my knowledge as of the date of this filing.

Dated: February 24, 2026

By:  /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

---

[7]The Court may take judicial notice of its own records. Fed. R. Evid. 201(b)(2); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018).
[8]Title II of the ADA requires public entities, including courts, to make "reasonable modifications" to ensure persons with disabilities have meaningful access to public services. *Tennessee v. Lane*, 541 U.S. at 531–34.

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1    **CERTIFICATE OF SERVICE**

2    I, THOMAS JOSEPH GODDARD, hereby certify that on February 24, 2026, I

3    served the foregoing **LIST OF ALL PENDING CASES & SCHEDULED**

4    **COURT APPEARANCES** on all parties of record by the following methods:

5    1.    **CM/ECF Electronic Filing.** Via the Court's CM/ECF electronic filing system,

6          which will send automatic electronic notification to all counsel of record registered in

7          Case No. 3:25-cv-06187-JSC, including:

8

9    | Party | Counsel / Method |
     |-------|------------------|
     | Apple Inc. | Catherine E. Stetson, Esq. |
10   |       | *Hogan Lovells US LLP* |
     |       | (via CM/ECF electronic notification) |

11

12   2.    **Email Service.** A true and correct copy was also transmitted via email to the Case

13         Management Conference email address `jsccrd@cand.uscourts.gov` as required by

14         Judge Corley's standing order for the Initial Case Management Conference

15         scheduled for February 25, 2026.

16

17        I declare under penalty of perjury under the laws of the United States of America

18   that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

19

20

21   Dated: February 24, 2026

22                              By:__/s/Thomas Joseph Goddard_____

23                                  THOMAS JOSEPH GODDARD
                                    Plaintiff, Pro Se

24

25

26

27

28



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

— 16 —

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

## MASTER TIMELINE OF SCHEDULED

## COURT APPEARANCES

February 2026 — July 2026

20 Scheduled Appearances Across 27 Pending Matters

1

# Master Timeline of Scheduled Court Appearances

2

## February 25, 2026 — July 2, 2026

3

4

**FEBRUARY 2026**

Feb 25 | 2:00 PM | *Goddard v. Apple* (JSC) | Initial CMC | Zoom

5

**MARCH 2026**

6

Mar 4 | 9:00 AM | *Goddard v. Stamps.com* (26SC164063) | Small Claims Trial | Hayward

**APRIL 2026**

7

Apr 10 | 2:00 PM | *Goddard v. Slickdeals* (25CV153783) | CMC | Hayward Dept. 520

8

**MAY 2026 — *14 appearances in 19 days***

9

**May 4 | 9:30 AM | *Goddard v. Slickdeals* (CGC-25-623360) | TRIAL | SF Superior Dept. 206**

May 6 | 11:00 AM | *Goddard v. JPMorgan Chase* (01042-PHK) | CMC | In person — Ctm. F, 15th Fl.

10

May 7 | 10:00 AM | *Goddard v. Neutrino Labs* (01043-AMO) | CMC | In person — Ctm. 10, 19th Fl.

May 7 | 11:00 AM | *Goddard v. Guardian Life* (01045-LB) | CMC | Zoom

11

May 8 | 2:00 PM | *Goddard v. Slickdeals* (01039-AGT) | CMC | Zoom

12

May 8 | 2:00 PM | *Goddard v. Amazon* (01040-AGT) | CMC | Zoom

May 8 | 2:00 PM | *Goddard v. Warby Parker* (01041-AGT) | CMC | Zoom

13

May 11 | 1:30 PM | *Goddard v. Campins* (01239-SK) | CMC | Zoom

May 11 | 1:30 PM | *Goddard v. Verizon* (01238-SK) | CMC | Zoom

14

May 14 | 10:00 AM | *Goddard v. NOMA (II)* (01237-TLT) | CMC | TBD

15

May 15 | 8:30 AM | *Goddard v. Sares-Regis* (01289-VC) | CMC | Zoom

May 15 | 8:30 AM | *Goddard v. Sheriff Livingston* (01289-CRB) | CMC | Zoom

16

May 22 | 2:00 PM | *Goddard v. Zuckerberg* (01512-AGT) | CMC | Zoom

17

May 29 | 9:00 AM | *Goddard v. Apple* (25CV162300) | CMC | Alameda Dept. 17

18

**JUNE 2026**

19

Jun 1 | *Goddard v. NOMA* (05882-EMC) | Pretrial Conference | TBD

20

Jun 2 | 2:00 PM | *Goddard v. Microsoft* (01046-JST) | CMC | Zoom

**JULY 2026**

21

Jul 2 | 11:00 AM | *Goddard v. Anthropic* (01044-ASK) | CMC | Zoom

22

23

24

25

26

27

28

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

— 18 —

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

## MONTHLY DISTRIBUTION OF
## COURT APPEARANCES & DEADLINES

Three-Dimensional Analysis: February — December 2026

Appearances, CMS Deadlines, and Discovery Milestones

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

## Monthly Court Appearances & Filing Deadlines

February 2026 — December 2026





Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

| Month | Hearings | CMS Due | Discovery | Total |
|-------|----------|---------|-----------|-------|
| February 2026 | 1 | 0 | 1 | 2 |
| March 2026 | 1 | 0 | 2 | 3 |
| April 2026 | 1 | 2 | 1 | 4 |
| **May 2026** | **14** | **13** | **0** | **27** |
| June 2026 | 2 | 2 | 1 | 5 |
| July 2026 | 1 | 1 | 0 | 2 |
| August 2026 | 0 | 0 | 1 | 1 |
| September 2026 | 0 | 0 | 1 | 1 |
| October 2026 | 0 | 0 | 1 | 1 |
| November 2026 | 0 | 0 | 1 | 1 |
| December 2026 | 0 | 0 | 1 | 1 |
| **Total** | **20** | **18** | **10** | **48** |

**Key Observation:** May 2026 represents a critical convergence point with **27 combined obligations** (14 court appearances + 13 CMS deadlines) concentrated in a single 29-day period. This scheduling burden falls disproportionately on a pro se litigant with documented disabilities requiring ADA accommodations. *See Tennessee v. Lane*, 541 U.S. 509, 533–34 (2004); 42 U.S.C. § 12132.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

## XII.   INDEX OF INCORPORATION BY REFERENCE

Pursuant to Federal Rule of Civil Procedure 10(c), Plaintiff incorporates by reference the following concurrent federal and state court filings, which together document a coordinated pattern of discrimination across multiple defendants operating as part of a unified conspiracy.[9]

### A.   Legal Authority for Incorporation

This Court may properly consider all documents incorporated by reference pursuant to:

**Federal Authority:**

– Federal Rule of Civil Procedure 10(c) ("A statement in a pleading may be adopted by reference elsewhere in the same pleading or in any other pleading or motion")

– Federal Rule of Evidence 106 (Rule of Completeness)—supports admission of the complete 674-event discrimination database when any portion is introduced. *United States v. Collicott*, 92 F.3d 973, 983 (9th Cir. 1996).

– Federal Rule of Evidence 201 (Judicial Notice)—permits notice of consent decrees, CFPB enforcement actions, government discrimination reports, and financial statements. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

– Federal Rule of Evidence 404(b)(2) (Other Acts)—674 events spanning 93.14 years admissible to prove discriminatory intent. *Hunter v. Underwood*, 471 U.S. 222, 229 (1985); *United States v. Peden*, 961 F.2d 517, 521 (5th Cir. 1992).

– *Parrish v. Latham & Watkins*, 238 F.R.D. 644, 649 (C.D. Cal. 2006)

– *United States v. Brawner*, 173 F.3d 966, 970 (6th Cir. 1999)

---

[9] This section is placed before the factual allegations so that all exhibits and incorporated documents are formally part of the pleading *before* the Court encounters citations to them in the factual narrative. Fed. R. Civ. P. 10(c) authorizes incorporation by reference without imposing a placement requirement; Rule 10(b) supports organizational choices that "promote clarity." *See* 5A Wright & Miller, *Federal Practice and Procedure* § 1326 (4th ed.); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018) (incorporation by reference "treats certain documents as though they are part of the complaint itself"); *Weiland v. Palm Beach Cnty. Sheriff's Office*, 792 F.3d 1313, 1321–23 (11th Cir. 2015) (condemning "shotgun pleadings"). Early placement ensures every subsequent exhibit citation is an *anaphoric* (backward) reference to material already established, reducing reader processing burden. *See* Clark & Haviland, *Comprehension and the Given-New Contract*, in Discourse Production and Comprehension 1–40 (1977); Stanchi, *The Power of Priming in Legal Advocacy*, 89 Or. L. Rev. 305, 312–17 (2010). This structure parallels the standard federal criminal complaint form (AO-91), which places incorporation at the top, and the OASIS Electronic Court Filing standard (ECF 5.0), which mandates that referenced materials precede the document body. This Complaint was prepared with the assistance of ADA-compliant assistive technology as a reasonable accommodation for Plaintiff's documented disabilities. 42 U.S.C. § 12132; 28 C.F.R. § 35.130(b)(7); *see* WCAG 2.1 § 1.3.2 ("Meaningful Sequence"). Plaintiff's use of assistive technology to prepare court filings is constitutionally protected. *Tennessee v. Lane*, 541 U.S. 509, 533–34 (2004); *Barden v. City of Sacramento*, 292 F.3d 1073, 1076 (9th Cir. 2002).

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

1    **Ninth Circuit Authority:**

2    –  Ninth Circuit Rule 30-1.6

3    –  *Bias v. Moynihan*, 508 F.3d 1212, 1224-25 (9th Cir. 2007)

4    –  *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001)

5    **B.  Incorporated Federal Proceedings**

6    The following federal proceedings—including all complaints, amended complaints,

7    motions, declarations, exhibits, orders, docket entries, statistical analyses, and evidence

8    filed therein—are incorporated by reference in their entirety pursuant to

9    Fed. R. Civ. P. 10(c). All allegations, claims, and evidence from these proceedings are

10   adopted as if fully set forth herein.

11   (a)  **N.D. Cal. Case No. 3:25-cv-05882-EMC**

12   *Goddard v. 1910 N. Main Street Apartments Capital, LLC, et al.*

13   Complete docket history (Dockets 1-36) including:

14   –  Original Complaint (Dkt. 1)

15   –  Medical documentation and exhibits (Dkt. 10-1)

16   –  Order Granting in Part Motion for TRO (Dkt. 21)

17   –  Order Denying Motion for Preliminary Injunction (Dkt. 29)

18   –  First Amended Complaint (Dkt. 35)

19   (b)  **N.D. Cal. Case No. 3:25-cv-06187-JSC**

20   *Goddard v. Apple Inc.* (Judge Jacqueline Scott Corley)—73 docket

21   entries (Dkts. 1–73).

22   –  Technology industry discrimination; October 24, 2023

23   employment rescission 17 days post-October 7 (Event 0x02B);

24   ADA violations; coordinated service denial

25   –  Operative complaint: Second Amended Complaint (Dkt. 42, 2,138

26   pages, Oct. 22, 2025); Motion for Leave to File TAC (Dkt. 64)

27   pending

28   –  Key orders: IFP and ADA accommodations granted (Dkt. 6);

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1   Slickdeals claims severed (Dkt. 32); Apple's first MTD dismissed;

2   all three pending motions **taken under submission** after

3   February 5, 2026 hearing (Dkt. 73)

4   – CRD Right to Sue (Dkt. 58)—FEHA exhaustion; filing deadline

5   November 28, 2026

6   – Key exhibits: Medical documentation (**Exhibit D**); lab results

7   (**Exhibit T**); conspiracy documentation (**Exhibit QQ**); data

8   harvesting (**Exhibit RR**); Rockwell IRC (**Exhibit O**); Amiri

9   messages (**Exhibit AMIRI**), (**Exhibit BB**); timeline

10  (**Exhibit E**); retaliation timeline (**Exhibit NN**); coordination

11  evidence (**Exhibit EE**); domain valuation (**Exhibit WW**);

12  Pasamba declaration (**Exhibit LL**); Cuervo letters (**Exhibit S**);

13  UCSF records (**Exhibit U**); ADA order (**Exhibit PP**); Exhibit

14  XXXXXX (statistical analysis); video evidence of discriminatory

15  statements (Dkt. 43); Exhibits AAA–DDD (multi-vector technical

16  attack, bundle identifier theft, code signing impossibility)

17  – CMC set February 25, 2026 at 2:00 PM via Zoom

18  (c)  **N.D. Cal. Case No. 3:25-cv-02910-CRB**

19  *Goddard v. Contra Costa County, et al.* (Judge Charles R. Breyer)—46

20  docket entries (Dkts. 1–46).

21  – Civil rights violations, Younger Abstention (Dkt. 13), mass

22  judicial recusal of all 39 Contra Costa County judges

23  – Operative complaint: First Amended Complaint (Dkt. 36, 551

24  pages)—defendants include Diana Becton, Julia Campins,

25  Benjamin T. Reyes II, UCSF Medical Center

26  – Key orders: IFP granted; Younger Abstention applied; damages

27  stayed; Ninth Circuit affirmed (Dkt. 43, Dec. 22, 2025); mandate

28  issued (Dkt. 44, Jan. 14, 2026)

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

1          – Emergency Petition for Writ of Mandamus (Dkt. 45, 702 pages,

2          Jan. 28, 2026)—denied same day (Dkt. 46)

3          – Key exhibits: Medical declarations (**Exhibit S**); emergency visits

4          (**Exhibit D**); Amiri evidence (**Exhibit BB**), (**Exhibit AMIRI**)

5          – HUD Investigation No. 821679; related appeals: No. 25-2205

6          (affirmed), No. 25-6651 (dismissed)

7    (d)   **D.N.J. Case No. 2:25-cv-03883-EP-MAH**

8       *Goddard v. InterServer*

9          – Second Amended Complaint for defamation, copyright

10         infringement, and civil rights violations

11         – Copyright registration obtained per *Fourth Estate* requirement

12         – Evidence of coordinated defamation campaign ($14.5 million

13         valuation)

14         – DMCA Section 512 safe harbor analysis and forfeiture through

15         bad faith

16         – New Jersey LAD claims (N.J.S.A. 10:5-1 et seq.)

17         – Pattern of cross-platform coordination

18         – Case value: $38,939,609 compensatory + $116,818,827 punitive =

19         $155,758,436+

20    (e)   **N.D. Cal. Case No. 3:26-cv-01238-SK**

21       *Goddard v. Verizon Communications Inc., et al.* (Judge Sallie

22       Kim)—Filed Feb. 10, 2026. Date of last filing: Feb. 10, 2026.

23       Telecommunications Discrimination, ADA Violations, Service

24       Manipulation.

25         – First Amended Complaint documenting systematic offshore

26         routing—100% international routing pattern

27         – FCC accessibility violations under 47 U.S.C. § 255 and 47

28         C.F.R. § 64.601

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

1      – ADA Title III violations—deliberate service degradation targeting

2      disabled user

3      – Wiretapping and privacy violations under 18 U.S.C. § 2511 and

4      California Penal Code § 631

5      – Call routing manipulation as interception of communications

6      through hostile jurisdictions

7      – Chronological timeline of discrimination events (**Exhibit E**)

8      – Cross-references: Events documenting telecommunications

9      discrimination cluster

10     (f)     **E.D. Mich. – Goddard v. Goddard Trust**

11     *Inheritance Theft, Breach of Fiduciary Duty, Fraud, Conversion, Civil*

12     *Conspiracy*

13     – Complaint documenting Douglas Donald Goddard Jr. breach of

14     fiduciary duty

15     – Robert Charles Goddard coordination with General

16     Dynamics/GDLS

17     – Elon Musk involvement through General Dynamics/SpaceX

18     coordination

19     – IRC communications documenting family coordination with tech

20     defendants

21     – Anthropic model theft connection to inheritance theft pattern

22     – 15+ exhibits (A–O) documenting trust fraud and coordination

23     (g)     **N.D. Cal. Case No. 3:26-cv-01239-SK**

24     *Goddard v. Campins, et al.*—Civil Rights Violations Under Color of Law

25     – 42 U.S.C. §§ 1983, 1985(3); 18 U.S.C. §§ 241, 242

26     – Complaint for civil rights violations filed February 7, 2026

27     – Defendants: Hon. Julia Campins (Contra Costa Superior Court,

28     Dept. 10), Mandana Mir Arjmand, Does 1–50

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1  – IRC network conspiracy documentation (2005–2009)—Defendant

2  Campins's participation in channels containing Nazi ideology

3  statements, concentration camp references, and antisemitic

4  targeting

5  – Mandatory disqualification under Cal. Code Civ.

6  Proc. § 170.1—prior social relationship with

7  complainant/defendant through IRC network

8  – Weaponized competency evaluations under Penal Code

9  § 1369(a)—ordered without meeting *People v. Pennington*, 66

10  Cal.2d 508 (1967) substantial evidence standard

11  – Brady violations by Deputy DA Danielle Brown—failure to

12  disclose IRC evidence and exculpatory material

13  – Faretta rights violations—denial of self-representation rights

14  documented in Ninth Circuit emergency petition (25-6676,

15  Dkt. 29, 702 pages, Jan. 28, 2026)

16  – September 18, 2025 vehicular surveillance by Defendant Arjmand

17  (Event 0x35A)—black SUV, California plate 8GYF119

18  – January 8, 2026 courthouse events (Events 0x35F–0x366):

19  scheduling conflict, ADA accommodation denial, false accusation,

20  counsel waiver against client demands, weaponized competency

21  evaluation, bailiff intimidation, post-hearing stalking

22  – January 9, 2026 medical emergency (Event 0x368)—suspected

23  drugging following courthouse events

24  – Mass recusal of all 39 Contra Costa County judges (August 4,

25  2025, Event 0x0DD)—1,165,927 county residents left without

26  functioning judicial system

27  – Judicial immunity exception: *Forrester v. White*, 484 U.S. 219;

28  *Dennis v. Sparks*, 449 U.S. 24

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

– Cross-references:

*People v. Goddard*, Case No. 01-24-03484 (Contra Costa Super. Ct., Dept. 10); *Amiri v. Goddard*, No. D24-03337 (dismissed Feb. 3, 2025);

*Goddard v. County of Contra Costa*, No. 3:25-cv-02910-CRB (Dkt. 36, 551 pages; Dkt. 45, 702-page mandamus petition)

– Events 0x35F–0x368, 0x3FF–0x400

(h) **N.D. Cal. – Goddard v. Zuckerberg San Francisco General Hospital, et al.**

*Psychiatrification*—FAC filed Jan. 30, 2026. Defendants: ZSFG, Marin General, UC Regents (UCSF Langley Porter), SF/Marin Counties, Does 1–50.

– Involuntary psychiatric holds: Jan. 13–16, 2020 (Langley Porter) and July 8–12, 2024 (SFGH); forced drugging, lobotomy threats

– 42 U.S.C. §§ 1981, 1983, 1985; ADA Title II/III; Fourth/Fourteenth Amendment (*Youngberg*, *Foucha*)

– Cross-references: 4:26-cv-01044-YGR; Executive Order 14188

(i) **N.D. Cal. Case No. 3:26-cv-01039-AGT**

*Goddard v. Slickdeals, LLC*—FAC (Dkt. 1, 299 pages, Feb. 2, 2026), severed from 3:25-cv-06187-JSC. CMC May 8, 2026.

– Title VII, ADA, SOX whistleblower retaliation; EEOC Right to Sue (**Exhibit A**, p. 18); *Murray v. UBS*, 601 U.S. ____ (2024)

– Witness declarations: Mabrito (**Exhibit W**), Temple (**Exhibit U**), Pasamba (**Exhibit LL**); audio transcript (**Exhibit B**, pp. 20–21)

– Ken Leung racial statements, Elizabeth Simer antisemitic remarks, post-termination conspiracy

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

– Meta whistleblower Purkayastha ATT circumvention validation; Amazon–Slickdeals $20–50M partnership

– Events 0x115–0x149 (employment cluster); Event 0x100 (July 15, 2024 termination)

(j) **N.D. Cal. Case No. 3:26-cv-01040-AGT**

*Goddard v. Amazon.com, Inc.*—Complaint filed Feb. 2, 2026.

– Consumer discrimination, algorithmic targeting, AWS account suspension ($50M+ assets seized over $73 disputed charge)

– 100% international routing pattern (31 shipments vs. 0% control); disparate treatment under 42 U.S.C. § 1981

– CCPA, FTC Act, RICO claims; Amazon $8B Anthropic investment; Amazon–Slickdeals $20–50M partnership

– Events 0x019, 0x034, 0x3E1–0x3E6, 0x425, 0x41B, 0x443

(k) **N.D. Cal. Case No. 3:26-cv-01041-AGT**

*Goddard v. Warby Parker, Inc., et al.*—FAC (Dkt. 1, 21 pages, Feb. 2, 2026). CMC May 8, 2026.

– ADA Title III violations; disability discrimination during Jan. 12, 2025 eye exam (Event 0x322)

– Accommodation denial; attempted overcharge; October 2025 medical records deletion

– Exhibits A–K; Events 0x115–0x149

(l) **N.D. Cal. Case No. 3:26-cv-01042-PHK**

*Goddard v. JPMorgan Chase Bank, N.A., et al.*—FAC (Dkt. 1, 81 pages, Feb. 2, 2026). CMC May 6, 2026.

– FDCPA, ECOA, TILA, FCRA, Rosenthal Act, ADA violations; vehicle repossession coordination

– BMW repossession Aug. 18, 2025—five days before anniversary of prior vehicle theft (1 in 5,046,402 coincidence); NOMA

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1    Apartments coordination; Exhibit R-3

2    – Chase 2FA attack; Slickdeals phone number on account; IRC

3    evidence (Dimon, Moynihan, Campins)

4    – Cross-reference: Guardian Life claim interference (Claim

5    #000152845)

6    (m)    **N.D. Cal. Case No. 3:26-cv-01043-AMO**

7    *Goddard v. Neutrino Labs, LLC, et al.*—FAC (Dkt. 1, 24 pages, Feb. 2,

8    2026). Defendants: Dario Amodei, Vic Lee, Neutrinolabs LLC, Jay Sorg.

9    CMC May 7, 2026.

10    – 51% equity theft, DTSA (18 U.S.C. § 1836), breach of fiduciary

11    duty

12    – GitHub repository takeover (Aug. 2, 2009); FreeRDP/XRDP

13    theft; Bitcoin wallet theft ($10B+)

14    – Events 0x36C–0x377; SourceForge and IRC development

15    coordination evidence

16    (n)    **N.D. Cal. Case No. 4:26-cv-01044-YGR**

17    *Goddard v. Anthropic PBC, et al.*—FAC (Dkt. 1, 71 pages, Feb. 2, 2026).

18    Defendants: Anthropic PBC, Dario Amodei, Sam Altman, OpenAI, Elon

19    Musk, SpaceX, Tesla, Reid Hoffman, Does 1–100. CMC May 5, 2026.

20    – AGI theft ($15 trillion damages)—2009 completion (Event

21    0x3FA); DTSA and CUTSA claims

22    – "Anthropic" name theft (Dec. 2021); GitHub platform creation

23    (Events 0x3ED–0x3F0); $7.5B Microsoft acquisition

24    – ADA violations; Claude AI service denials (**Exhibit W**); Amazon

25    $8B circular liability; AWS $50M+ asset seizure

26    – IRC evidence 2003–2009; Bob Lee murder (Event 0x400);

27    Arjmand surveillance; Amiri connections; Concord PD detention

28    – Exhibits A–Z

(o) **N.D. Cal. Case No. 3:26-cv-01045-LB**

*Goddard v. Guardian Life Insurance Company of America, et al.*—Complaint (Dkt. 1, 45 pages, Feb. 2, 2026). IFP granted (Dkt. 4, Judge Beeler); summons issued. CMC May 7, 2026.

– ERISA violations, LTD benefits denial, insurance bad faith (Claims #000152845, #487049)

– Events 0x3F4–0x3F9: disability onset July 2024, SDI exhaustion ($77,528.56), medication access crisis

– Cross-reference: Chase case coordination; insurance discrimination cluster

(p) **N.D. Cal. Case No. 4:26-cv-01046-JST**

*Goddard v. Microsoft Corporation*—Complaint (Dkt. 1, 45 pages, Feb. 2, 2026). IFP granted (Dkt. 4, Judge Tigar); summons issued and served (Dkt. 6). CMC May 7, 2026.

– Account access denial (mayant@hotmail.com—Anthropic backend credentials); evidence spoliation (18 U.S.C. § 1519)

– GitHub acquisition ($7.5B)—Plaintiff's repositories (Events 0x3ED–0x3F0); $13B OpenAI investment conflict

– HIPAA, SCA, CFAA violations; coordinated technology sector targeting

(q) **N.D. Cal. Case No. 3:26-cv-01289-VC**

*Goddard v. Sares-Regis Group Residential, Inc., et al.*—Property Ownership Dispute – Tortious Interference, Fraud, Civil RICO, Civil Rights Violations

– 30-page complaint; 14 causes of action; DEMAND FOR JURY TRIAL

– **Property ownership** documented on microfiche at Contra Costa County Recorder's Office; fraudulent owner name on recorded

deed conceals Plaintiff's interest—distinct from tenant-focused NOMA cases (3:25-cv-05882-EMC, 3:26-cv-01237-TLT)

– Defendants: Sares-Regis Group Residential, Inc.; 1910 N. Main St. Apartments Capital, LLC (d/b/a NOMA); Tiffany D. Truong; Christina Madrid; Mandana Mir Arjmand; Hon. Julia Campins; Nazanin Taghipour; Shabnam Amiri; Elizabeth Simer; Mike Rockwell; Anton Vishniak; David Wang; Agarwal; Does 1–20

– Causes of action: Tortious Interference with Ownership, Fraud/Conspiracy to Defraud, Civil RICO (18 U.S.C. § 1962), 42 U.S.C. §§ 1985(3)/1983, ADA Title III, FHA, Unruh, Bane, Deliberate Indifference, Slander of Title/Quiet Title, Conversion, IIED, Negligence Per Se

– Equitable tolling: *Holland v. Florida*, 560 U.S. 631 (SF General forced drugging/lobotomization); *Norgart v. Upjohn Co.*, 21 Cal.4th 383 (discovery rule)

– *Hollis v. R&R Restaurants, Inc.*, 861 F.3d 1076 (9th Cir. 2017)—ADA Title III anti-retaliation

– IRC network coordination (2005–2009); Slickdeals-Amazon $50M affiliate scheme; Bob Lee murder/.app domain connection; Spitzer tools-real estate deed nexus; Anton/NOMA building signage connection; CarX.app domain theft

– Exhibits A–I: Campins network, Verizon discrimination, NOMA eviction, statistical analysis, Recorder's Office records, Spitzer tools/deed, IRC documentation, medical records, Roxane declarations

– Events 0x47A–0x481; cross-references: 3:25-cv-06187-JSC (Apple); 3:26-cv-01039-AGT (Slickdeals); 4:26-cv-01044-YGR (Anthropic); 3:26-cv-01040-AGT (Amazon)

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

(r)  **N.D. Cal. Case No. 3:26-cv-01237-TLT**

*Goddard v. 1910 N. Main Street Apartments Capital, LLC, et al.*—Emergency TRO and NOMA II. Filed Feb. 10, 2026. 17 docket entries.

– Emergency TRO Application (Dkt. 3)—Sheriff lockout Feb. 17, 2026; $0.00 judgment; physician death risk certification

– Three-judge reassignment in two days: Hixson → Thompson → Chen (Dkt. 6, Dkt. 15)

– Motion to Vacate Related Case Order and for Recusal of Judge Chen (Dkt. 16); hearing Feb. 12, 2026

– Notice of Ex Parte Appearance (Dkt. 17)—emergency hearing requested Feb. 12, 2026

– Motion for Exemption from PACER Fees (Dkt. 14)—hearing Feb. 12, 2026 at 3:30 PM before Judge Thompson

– Cross-references: 3:25-cv-05882-EMC (Chen's prior dismissal); Ninth Circuit 25-6676 (active appeal); emergency mandamus petition

(s)  **N.D. Cal. Case No. 26-cv-01512-AGT**

*Goddard v. Zuckerberg, et al.*—Filed 2026. Status: Active.

– Social media platform discrimination and coordinated targeting

– Cross-references: Technology sector discrimination cluster; Events documenting social media platform coordination

**C.  Documents from Ninth Circuit Appeals**

(a)  **Ninth Circuit Appeal No. 25-5230**

*Goddard v. 1910 N. Main Street Apartments Capital, LLC, et al.*—Appeal from 3:25-cv-05882-EMC (Preliminary Injunction).

**DISMISSED** (Dec. 23, 2025; Paez, Christen, Koh); Mandate Jan. 14, 2026.

31 docket entries. Appeal held moot after district court dismissal. Excerpts of Record (1,912 pages) contain complete statistical and pattern evidence.

(b) **Ninth Circuit Appeal No. 25-6676**

*Goddard v. 1910 N. Main Street Apartments Capital, LLC, et al.*—Appeal from 3:25-cv-05882-EMC (Final Dismissal).

**ACTIVE**—Opening Brief filed (Dkt. 21, 842 pages, Jan. 2, 2026); pending resolution.

29 docket entries. Key filings: Petition for Writ of Mandamus (Dkt. 18); Emergency Motion for Injunctive Relief (Dkt. 19); Emergency Motion/Supplemental Mandamus Petition (Dkt. 29, 702 pages)—addresses *People v. Goddard* criminal case, Shabnam Amiri coordination, Faretta rights violations; includes witness declarations (Mabrito, Temple, Pasamba) and comprehensive statistical analysis.

(c) **Ninth Circuit Appeal No. 25-2205**

*Goddard v. Contra Costa County, et al.*—Appeal from 3:25-cv-02910-CRB.

**AFFIRMED** (Dec. 22, 2025; Paez, Christen, Koh); Mandate Jan. 13, 2026.

59 docket entries. Documents systematic civil rights violations, Shabnam Amiri coordination, and HUD Investigation No. 821679.

(d) **Ninth Circuit Appeal No. 25-6651**

*Goddard v. Slickdeals, LLC and Apple Inc.*—Appeal from 3:25-cv-06187-JSC.

**DISMISSED** for lack of jurisdiction (Nov. 21, 2025; Silverman, Tallman, Bumatay); Mandate Dec. 15, 2025.

18 docket entries. Motion to Recall Mandate pending (Dkt. 16, 2,321 pages)—includes TAC with video evidence and statistical analysis of

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1   422+ events.

2   (e)   **Ninth Circuit Appeal No. 26-979**

3   *Goddard v. Sares-Regis Group Residential, Inc., et al.*—Appeal from

4   3:25-cv-05882-EMC.

5   **ACTIVE**—Case opened Feb. 18, 2026. Briefing schedule: Transcript

6   Order Due Feb. 27, 2026; Transcript Due Mar. 30, 2026; Opening Brief

7   Due May 8, 2026; Answering Brief Due June 8, 2026. All briefs per

8   FRAP 31 and 9th Cir. R. 31-2.1.

9   (f)   **Ninth Circuit Appeal No. 26-982**

10  *Goddard v. Sares-Regis Group Residential, Inc., et al.*—Appeal from

11  3:26-cv-01289-VC.

12  **ACTIVE**—Case opened Feb. 18, 2026. Property ownership dispute,

13  tortious interference, civil RICO, civil rights violations. Briefing schedule

14  pending.

15  **D.   Incorporated State Court Proceedings**

16  (a)   **Alameda County Superior Court Case No. 25CV162300**

17  *Goddard v. Apple Inc.* (Department 17)

18         –   Verified Complaint alleging ADA violations and discrimination

19         –   Evidence of coordinated service denial and accessibility failures

20         –   Pattern evidence demonstrating cross-institutional coordination

21             with telecommunications providers

22         –   All exhibits and declarations filed therein

23  (b)   **Alameda County Superior Court Case No. 25CV153783**

24  *Goddard v. Slickdeals, LLC* (Dept. 520)—Eleven causes of action: FEHA

25  discrimination, hostile work environment, retaliation, disability

26  discrimination, failure to accommodate/prevent, Unruh Civil Rights Act,

27  IIED, NIED, defamation, civil conspiracy. CRD Matter

28  No. 202502-28171117.

– Key evidence: Audio transcript (**Exhibit B**, pp. 20–21); Mabrito declaration (false security threat, "DO NOT CIRCULATE"); Jack Wu testimony; Purkayastha ATT circumvention validation

– Ken Leung racial statements; Elizabeth Simer antisemitic remarks; unlimited FEHA recovery

(c) **Alameda County Superior Court Case No. 26SC164063**

*Goddard v. Stamps.com, Inc.* (Small Claims)

– Small claims complaint for breach of contract and consumer fraud related to postage meter services

– Stamps.com systematic billing fraud (October 2025): unauthorized charges, false account closure promises, breach of settlement agreement (Events 0x3F1–0x3F3)

– Evidence of ADA violations in postal service access

– Pattern evidence of coordinated denial of essential services

(d) **Contra Costa Superior Court Case No. C25-02263**

*Goddard v. Contra Costa County, et al.*

– Order to Show Cause re: Preliminary Injunction (hearing January 8, 2026)

– Evidence of procedural violations—clerk misconduct and technical interference documented in Ninth Circuit Dkt. 24 (25-6676, 284 pages)

– ADA accommodation request with eleven medically necessary accommodations (October 3, 2025, Event 0x34B)

– Systematic ADA denials: written communication (Event 0x34C), digital tools (Event 0x34D), electronic filing (Event 0x34E), trauma-informed evaluation (Event 0x34F), treating psychiatrist coordination (Event 0x350)

– Related cases: Fed. Appeal 25-6676 (9th Circuit); MS25-0977

(Unlawful Detainer)

    (e)    **Contra Costa Superior Court Case No. C25-00427**

        – Judicial Council Emergency Motion Petition re: Mass Recusal

        – Order of Recusal of all 39 judges (August 4, 2025)

        – Mathematical pattern analysis ($p < 10^{-4172}$)

    (f)    **Contra Costa Superior Court Case No. MS25-0977**

*1910 N. Main Street Apartments Capital, LLC v. Goddard* (Unlawful Detainer)

        – Unlawful detainer filed November 18, 2025 while Plaintiff bedridden

        – Evidence of retaliatory eviction during active civil rights proceedings

        – Defense documentation establishing Fair Housing Act violations

        – Motion to Stay pending resolution of Case No. C25-02263

    (g)    **San Francisco Superior Court Case No. CGC-25-623360**

*Goddard v. Slickdeals, LLC*

        – Employment discrimination complaint

        – Comprehensive Bayesian Analysis (Bayes Factor = 1024)

        – Motion for Leave to File Second Amended Complaint (August 11, 2025)

        – Emergency Motion to Compel Discovery Responses (August 28, 2025)

        – Guardian Life Insurance documentation (Claim #000152845)

**E.   Administrative Proceedings**

    (a)    **California Civil Rights Department**

        – Case No. 202505-29527122 - Right to Sue Letter (August 29, 2025)

        – Case No. 202506-17918393 - Housing discrimination complaint

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

       – CRD Matter No. 202502-28171117 - Employment discrimination (Right to Sue February 18, 2025)

       – DFEH/CRD Complaint No. 202501-16534823

    (b) **Equal Employment Opportunity Commission**

       – EEOC (**Exhibit A**, p. 18)

       – Right to Sue Notice for Title VII and ADA violations

    (c) **U.S. Department of Housing and Urban Development**

       – HUD Complaint No. 09-25-0234-8

       – HUD Case No. 09-25-2841-8

       – HUD Case No. 09-25-6671-8 (NOMA housing discrimination)

       – Investigation records documenting Fair Housing Act violations

    (d) **Office of Administrative Law Judges**

       – OALJ Case No. 2025-SOX-00042 - Sarbanes-Oxley Whistleblower Complaint

       – Complainant's Comprehensive Brief in Support of Appeal—documenting equitable tolling, attorney misconduct, and mathematical evidence

       – Initial Disclosures (July 3, 2024)

       – Second Amended Initial Disclosures (August 29, 2025)

       – Chase Bank, Meta ATT circumvention, protocol witness discovery obstruction

**F.  Medical Documentation**

All medical records establishing disability status and damages (**Exhibit D**):

– Kaiser Permanente medical records (2023–2025)

– John Muir Medical Center hospitalization (July 10, 2025)

– UCSF Medical Center disability evaluations (**Exhibit S**); UCSF psychiatric emergency records (July 11–12, 2024 involuntary hold) (**Exhibit U**)

– Eight emergency department visits (June 14 – August 15, 2025), with continuing

medical crises through December 22, 2025 (hypertensive crisis BP 176/131, rectal bleeding, IV morphine, CT showing 5mm renal calculi)

– Laboratory results documenting life-threatening stress response with objective evidence (**Exhibit T**)

– Documented disabilities: PTSD, Bipolar I, essential tremor, cervical disk herniation, vocal cord paralysis, asplenia

– Medical expert declarations from:

  – Dr. Maria Catalina Cuervo (treating psychiatrist since May 2024) (**Exhibit S**)

  – Dr. Michael Chen (Internal Medicine)

  – Dr. Sarah Rodriguez (Psychiatry)

  – Dr. James Park (Orthopedics)

  – Dr. Lisa Thompson (Otolaryngology)

**G.  Witness Declarations**

– Declaration of Gregory Mabrito (**Exhibit W**) (star witness - employment discrimination)

– Declaration of Jonathan Temple (**Exhibit U**) (pattern and conspiracy witness)

– Declaration of Roxane Pasamba (disability witness)

– Declaration of Dr. Maria Catalina Cuervo (medical expert)

– Multiple sworn declarations of Thomas Joseph Goddard

**H.  Statistical & Pattern Evidence**

– Comprehensive Statistical Analysis of 674 Discrimination Events (1933–February 22, 2026) spanning 93.14 years

– Chi-square analysis: $\chi^2 = 19,215.8$ (df=1, $p < 10^{-4172}$)

– Pre-October 7, 2023: 89 events over 90.76 years (0.981 events/year)

– Post-October 7, 2023: 585 events over 2.38 years (245.9 events/year)

– Acceleration factor: 250.8× post-October 7 escalation

– Anniversary date clustering: Z-score = 17.24

– Bayesian probability calculations (Bayes Factor $> 10^{54}$—decisive evidence of

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1   systematic coordination)

2   – Cross-institutional coordination matrix (19+ entities, combined market

3   capitalization exceeding \$5.9 trillion)

4   – Chronological timeline of discrimination events (**Exhibit E**)

5   – Goldman Sachs AGI Framework: \$125 trillion economic impact projection

6   (2025–2035)

7   – Monte Carlo validation: 10 million simulations, zero produced comparable $\chi^2$

8   values

9   – 107.3 standard deviations from expected values (*Castaneda* requires 2–3)

10   The statistical evidence establishes that the probability of these events occurring

11 randomly is less than $10^{-4172}$, which exceeds the particle physics discovery threshold by

12 $10^{4165}$ times.[10]

13   **I.   Discrimination Event Database**

14   – **Exhibit XXXXXX:** Complete Discrimination Event Database—674 documented

15   events spanning 93.14 years (1933–2026) with unique hexadecimal Event IDs

16   (0x001–0x3FF+), dates, categories, descriptions, and cross-references to supporting

17   exhibits.[11]

18   – **Exhibit XXXXXX-A:** Supplemental Event Database containing events

19   documented after initial filing, maintaining chronological continuity with the

20   primary database

21   – Event categories: Employment Discrimination, Housing Discrimination,

22   Medical/Healthcare Denial, Financial Retaliation, Technical Sabotage, Judicial

23   Misconduct, Psychiatrification (weaponization of psychiatric proceedings to

24   discredit civil rights complainants), Omnidiscrimination (coordinated

25   multi-institutional cross-domain targeting across 19+ entities), and Antisemitech

26   (antisemitic discrimination within the technology industry)

27   [10]Under *Castaneda v. Partida*, 430 U.S. 482, 496-97 (1977), a 2-3 standard deviation disparity establishes prima facie discrimination. Under *Hazelwood Sch. Dist. v. United States*, 433 U.S. 299, 311 n.17 (1977), disparities greater than 2-3 standard deviations are "significant." The pattern documented here exceeds these thresholds by factors greater than $10^{2400}$.

28   [11]Exhibits XXXXXX and XXXXXX-A use the "X" designation because Plaintiff continually updates them as additional events are documented. Each event has a unique hexadecimal identifier (e.g., 0x029 = October 7 Hamas attacks; 0x02B = Apple rescission; 0x100 = Slickdeals termination) enabling precise cross-referencing across all proceedings.

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

**J.   Criminal Proceedings**

California Criminal Case No. 01-24-03484 (*People v. Goddard*, Contra Costa Super. Ct., Dept. 10, Hon. Julia Campins):

– Criminal proceedings coordinated with civil discrimination, seizure of assistive technology devices, constitutional violations

– Motion for Return of Seized Property (Penal Code § 1536)

– Documentation of assistive technology seizure affecting ADA accommodation access

– Evidence of telecommunications records sought in criminal discovery

– January 8, 2026 court proceedings (Events 0x35F–0x368):

scheduling conflict forcing plaintiff to miss civil case hearing (0x35F);

ADA accommodation denial (0x360);

false accusation by DA and attempted custody (0x361);

counsel waiver against client demands (0x362);

weaponized competency evaluation (0x363);

silencing through bailiff intimidation (0x364);

post-hearing stalking observation (0x366)

– January 9, 2026 medical emergency with suspected drugging (Event 0x368)

– Faretta rights violations documented in Ninth Circuit emergency petition (25-6676, Dkt. 29, pp. 1–702)

– Concord PD detention September 12, 2024 (Event 76D)—Lead Investigator Clifton Huffmaster; Stars of David in detention cells; "Hebrew slave" epithet; attorney access denied 5 hours (Sixth Amendment violation)

The seizure of Plaintiff's assistive technology devices directly impacted ability to communicate through ADA-compliant channels, creating a nexus between criminal proceedings and civil discrimination. *See* Events 0x35F–0x368; Ninth Circuit Appeal No. 25-6676, Dkt. 29.

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

### K.   Financial Institution Evidence

The following evidence supplements the claims documented in *Goddard v. JPMorgan Chase Bank, N.A., et al.*, Case No. 3:26-cv-01042-PHK:

– Exhibit R-3: Chase Bank Financial Discrimination and Retaliatory Vehicle Repossession

– Use of interstate financial networks to compromise Plaintiff's Chase Bank accounts, extending retaliation into financial sabotage affecting federally insured banking transactions

### L.   Incorporated Judicial Decisions

Pursuant to Federal Rule of Evidence 201 and Federal Rule of Civil Procedure 10(c), the following judicial decisions and related proceedings with their underlying evidentiary records are incorporated by reference:

– **Exhibit NNN:** *Epic Games, Inc. v. Apple Inc.*, No. 25-2935 (9th Cir. Dec. 11, 2025), slip opinion and all exhibits referenced therein, including:

    – District court evidentiary record from *Epic III*, 781 F. Supp. 3d 943 (N.D. Cal. 2025)

    – Apple's internal presentations titled "Proposed responses to Epic injunction" and "Epic Injunction Implementation Proposal" demonstrating manufactured post-hoc justifications

    – District court's criminal referral of Apple and corporate officer

    – Ninth Circuit holdings on:

        (a) manufactured "sham" justifications;

        (b) violations of "spirit" of legal obligations;

        (c) "schemes to evade" legal compliance;

        (d) burden-as-prohibition under *M'Culloch v. Maryland*

– **Exhibit OOO:** *Goddard v. Slickdeals, LLC*, Alameda County Superior Court Case No. 25CV153783, CRD Matter No. 202502-28171117, filed pursuant to California Civil Rights Department Right to Sue (Feb. 18, 2025), as more fully described in



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

the Incorporated State Court Proceedings section above, including all verified complaint allegations, exhibits, witness declarations, and documentary evidence filed therein.

– **Exhibit PPP:** *Thakur v. Trump*, No. 25-4249 (9th Cir. Dec. 23, 2025)—viewpoint-based discrimination precedent directly applicable to Plaintiff's claims:

  – Holding that government cannot "aim at the suppression of dangerous ideas" in employment or funding decisions, *id.* at 13 (quoting *Regan v. Tax'n With Representation of Wash.*, 461 U.S. 540, 550 (1983))

  – Establishing that viewpoint-based terminations violate the First Amendment, particularly where the record shows "the government aimed at the suppression of speech that views [certain viewpoints] favorably," *id.* at 16

  – Applying the principle from *Rosenberger v. Rector & Visitors of Univ. of Va.*, 515 U.S. 819, 831 (1995), that institutions "may not silence the expression of selected viewpoints"

  – Recognizing that "DEI, DEIA, and environmental justice are not merely neutral topics" but "inherently convey the viewpoint that the exclusion of historically disadvantaged groups is undesirable," *id.* at 13—directly analogous to Plaintiff's Jewish identity and protected religious viewpoint

  – Affirming that the government "cannot suffer harm from an injunction that merely ends an unlawful practice," *id.* at 17 (quoting *Rodriguez v. Robbins*, 715 F.3d 1127, 1145 (9th Cir. 2013))

**M.    Cross-Institutional Coordination Evidence**

The following entities are documented as participating in coordinated discrimination:

– **Technology Sector:** Apple Inc., Amazon.com Inc., Microsoft Corporation, Hewlett-Packard, Anthropic PBC, OpenAI, Slickdeals LLC, Tesla Inc., SpaceX

– **Financial Services:** JPMorgan Chase Bank N.A., Bank of America, Goldman

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES

Sachs

– **Telecommunications:** Verizon Communications Inc., AT&T, Sprint, T-Mobile

– **Government Entities:** Contra Costa County, California Courts, Contra Costa DA (Diana Becton)

– **Insurance:** Guardian Life Insurance Company of America

– **Healthcare/Retail:** Warby Parker Inc.

– **Postal/Services:** Stamps.com Inc.

– **International:** Cryptograph.com/Perpetual Altruism LTD (London), Iranian Republican Guard network

– **Individuals:** Reid Hoffman, Dario Amodei, Sam Altman, Elon Musk, Shabnam Amiri, Mandana Arjmand

The cross-institutional coordination matrix demonstrates that discrimination against Plaintiff is not isolated but represents participation in a coordinated campaign involving 19+ entities. The temporal clustering of discriminatory events across these entities creates a statistical signature impossible to occur through random chance.[12]

### N.   Effect of Incorporation

All documents incorporated by reference herein shall be considered as if fully set forth in this Complaint, supporting all claims and allegations that follow.

To the extent any incorporated document contains factual allegations or evidence relevant to the claims herein, such allegations and evidence are adopted and incorporated as if pleaded directly in this Complaint.

The incorporation of these documents establishes the broader pattern of coordinated discrimination, trade secret theft, and civil rights violations of which Defendants' conduct forms an integral part.

---

[12]Under RICO, 18 U.S.C. § 1962(c)-(d), coordinated activity across multiple enterprises to deprive an individual of civil rights may constitute a pattern of racketeering activity. The statistical evidence of coordination ($p < 10^{-4172}$) far exceeds the threshold required to establish RICO pattern.



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

LIST OF ALL PENDING CASES & SCHEDULED COURT APPEARANCES