United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br>Plaintiff,<br>v.<br>APPLE INC,<br>Defendant. | Case No. 25-cv-06187-JSC<br><br>**ORDER RE: PLAINTIFF'S PENDING MOTIONS**<br><br>Re: Dkt. Nos. 76, 80, 83, 84, 85, 86, 87 |

## I. MOTION FOR A PACER EXEMPTION

On July 29, 2025, the Court granted Plaintiff's motion to proceed in forma pauperis. (Dkt. No. 6.) Plaintiff now moves for an exemption of the Public Access to Court Electronic Records ("PACER") fees. (Dkt. No 76.) Courts may exempt individuals from payment of PACER fees, but should not exempt anyone who has the ability to pay such fees. *See* https://pacer.uscourts.gov/pacer-pricing-how-fees-work. Because the Court has already determined Plaintiff is indigent and unable to pay the filing fees in this action, the Court also finds a fee exemption is necessary to avoid an unreasonable burden and to promote public access to information.

Accordingly, Plaintiff's request for a PACER fee exemption is GRANTED. This exemption is limited to fees incurred for accessing documents filed in this case and will expire when this case is closed. Plaintiff must not sell or transfer any data obtained using this exemption unless expressly authorized by the Court.

## II. OTHER PENDING MOTIONS

Plaintiff has also filed two motions for leave to file an amended complaint, (Dkt. Nos. 80, 87), and four motions to immediately initiate full discovery, (Dkt. Nos. 83, 84, 85, 86). Having

considered Plaintiff's motions, the Court concludes oral argument is not required, *see* N.D. Cal. Civ. L.R. 7-1(b), and VACATES the February 12, 2026; February 18, 2026; March 16, 2026; and March 28, 2031 hearings. The Court will take Plaintiff's motions and Defendant's oppositions under submission.

Plaintiff is also ORDERED not to file any more motions until the Court resolves his pending motions.

This Order disposes of Docket No. 11.

**IT IS SO ORDERED.**

Dated: March 11, 2026

JACQUELINE SCOTT CORLEY
United States District Judge