THOMAS J. GODDARD
thomas@goddard.app
530 Chaparral Loop
Vacaville, CA 95688
Telephone: (415) 985-5539
Plaintiff, pro se
Pepperdine University
Administrative Law & Litigation + International Law

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 3:25-cv-06187-JSC

**STIPULATION & [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

*Civ. L.R. 6-1(b), 6-2, 7-12*

Current ICMC: July 1, 2026, 2:00 p.m.
Hon. Jacqueline Scott Corley

## I. STIPULATION

Plaintiff Thomas Joseph Goddard ("Plaintiff"), appearing pro se, and Defendant Apple Inc. ("Apple" or "Defendant"), by and through its counsel of record, Boyer Wenter LLP, hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12:[1]

1. The Initial Case Management Conference ("ICMC") in this action is presently set for **July 1, 2026, at 2:00 p.m.** via Zoom before the Honorable Jacqueline Scott Corley. *See* ECF Nos. 109, 110.

2. Counsel for Defendant, Billie D. Wenter of Boyer Wenter LLP, will be traveling and unavailable on July 1, 2026, and is therefore unable to appear at the ICMC as presently scheduled.

3. As a professional courtesy and to accommodate defense counsel's unavailability, the parties have met and conferred and agree that the ICMC should be continued to a date convenient for the Court and the parties.

4. The parties jointly and respectfully request that the Court continue the ICMC to **August 5, 2026, at 2:00 p.m.**, or to such other date thereafter as the Court's calendar permits, with the deadline for the parties to file their Case Management Statement(s) and to complete the conference of the parties under Federal Rule of Civil Procedure 26(f) adjusted accordingly to correspond to the continued ICMC date.[2]

5. This is the parties' **first** stipulated request to continue the Initial Case Management Conference. Prior continuances of the conference were ordered by the Court rather than by stipulation of the parties. *See* Section entitled "Declaration in Support" below.

6. Good cause supports this request. The requested continuance is sought solely to accommodate the unavailability of defense counsel due to travel, is brief, is the first

[1] Civil Local Rule 6-1(b) provides that a stipulation extending a deadline that would affect the date of an event the Court must be involved in requires Court approval. Civil Local Rule 6-2 governs a stipulated request to change time supported by declaration. Civil Local Rule 7-12 authorizes stipulations.

[2] Under the Court's Standing Order and Civil Local Rule 16-9, the Case Management Statement is due seven (7) days before the ICMC, and the Rule 26(f) conference must occur no later than twenty-one (21) days before the ICMC. The parties request that these deadlines be measured from the continued ICMC date.

such request made by stipulation, and will not affect any other date or deadline set by the Court. No party will be prejudiced by the continuance, and the requested modification serves the interests of an orderly and efficient case management conference at which all counsel and parties can be present.

7. **No Waiver.** Nothing in this stipulation shall be construed as a waiver of any party's rights, claims, defenses, or objections, all of which are expressly preserved.

## II. DECLARATION IN SUPPORT (Civ. L.R. 6-2(a))

I, Thomas Joseph Goddard, declare as follows:

1. I am the Plaintiff in this action and appear pro se. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto. I submit this declaration in support of the parties' stipulated request to continue the Initial Case Management Conference pursuant to Civil Local Rule 6-2(a).

2. **Reasons for the requested enlargement.** Counsel for Defendant, Billie D. Wenter of Boyer Wenter LLP, has advised me that she will be traveling and unavailable on July 1, 2026, the date presently set for the Initial Case Management Conference. On June 17, 2026, defense counsel requested that I stipulate to continue the conference to accommodate her travel. As a professional courtesy, I agreed. The parties have conferred and jointly request that the conference be continued to August 5, 2026, or to such later date as the Court's calendar permits.

3. **Prior time modifications in the case.** The Initial Case Management Conference has previously been reset by Order of the Court. The conference was at one point set for April 1, 2026 (ECF No. 75) and was thereafter reset by the Court to July 1, 2026, at 2:00 p.m. (ECF Nos. 109, 110). The parties have previously stipulated to other case-management matters, including a stipulation regarding Defendant's time to respond to the operative pleading. To Plaintiff's knowledge, this is the **first** request to continue the Initial Case Management Conference made by stipulation of the parties; all prior continuances of the conference were ordered

by the Court.[3]

4. **Effect of the requested modification on the case schedule.** The requested continuance affects only the date of the Initial Case Management Conference and the deadlines that are measured from that date, namely the deadline to file the Case Management Statement(s) (seven days before the conference) and the deadline to complete the Rule 26(f) conference of the parties (twenty-one days before the conference). The continuance will not affect any other deadline set by the Court and will not delay any dispositive motion, trial date, or other scheduled event, none of which has yet been set.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Dated: June 23, 2026

By: /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

[3]Plaintiff respectfully refers the Court to its own docket for the complete history of scheduling orders. The foregoing reflects Plaintiff's good-faith recollection of the prior modifications and is not intended to be exhaustive.

## III. [PROPOSED] ORDER

Having reviewed the parties' stipulation and supporting declaration, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Initial Case Management Conference presently set for July 1, 2026, at 2:00 p.m. is **CONTINUED** to **August 5, 2026, at 2:00 p.m.**, via Zoom.
2. The deadline for the parties to file their Case Management Statement(s) and to complete the conference of the parties under Federal Rule of Civil Procedure 26(f) shall be adjusted to correspond to the continued Initial Case Management Conference date, consistent with the Court's Standing Order and Civil Local Rules 16-9 and 16-2.

Dated:

________________________________________

HON. JACQUELINE SCOTT CORLEY
United States District Judge

## SIGNATURES OF THE PARTIES

**Attestation (Civ. L.R. 5-1(i)(3)).** I, Thomas Joseph Goddard, the filer of this document, attest that I have obtained the concurrence in the filing of this document from the other signatory below, and that concurrence is reflected by the conformed signature "/s/" within this document.

Dated: June 23, 2026

By: /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

Dated: June 23, 2026

By: /s/Billie D. Wenter
BILLIE D. WENTER (SBN 235193)
BOYER WENTER LLP
Attorneys for Defendant, Apple, Inc.

## IV. CERTIFICATE OF SERVICE

I, Thomas Joseph Goddard, hereby certify that on June 23, 2026, I served the foregoing **Stipulation and [Proposed] Order to Continue the Initial Case Management Conference** on all parties in this action by the following means:

1. **CM/ECF Electronic Filing.** The foregoing document was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are registered CM/ECF users.
2. **Parties Served:**

| Party | Contact Information |
|---|---|
| Todd K. Boyer (SBN 203132)<br>Billie D. Wenter (SBN 235193)<br>Lindsay Franco<br>*Attorneys for Defendant* | Boyer Wenter LLP<br>1585 North 4th Street, Suite N<br>San Jose, CA 95112<br>(via CM/ECF electronic notification) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Dated: June 23, 2026

By: /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

## TABLE OF CONTENTS


I. STIPULATION 2

II. DECLARATION IN SUPPORT (Civ. L.R. 6-2(a)) 3

III. [PROPOSED] ORDER 5

IV. CERTIFICATE OF SERVICE 7