THOMAS J. GODDARD
thomas@goddard.app
190 Andover Dr.
Vacaville, CA 95687
Telephone: (415) 985-5539
Plaintiff, pro se
Pepperdine University
Administrative Law & Litigation + International Law

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:25-cv-06187-JSC<br><br>**NOTICE OF ERRATA TO STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; CORRECTED [PROPOSED] ORDER**<br><br>*Civ. L.R. 6-1(b), 6-2, 7-12*<br><br>Current ICMC: Aug. 5, 2026, 2:00 p.m.<br>Judge: Hon. Jacqueline Scott Corley |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Thomas Joseph Goddard submits this errata to correct the date requested in the Stipulation to Continue the Initial Case Management Conference, filed August 3, 2026.

1. Paragraph 5 of the Stipulation requested that the conference be continued to **Wednesday, August 12, 2026**, or to **Wednesday, August 19, 2026**, or to such other date as the Court's calendar permits.

2. Counsel for Apple has since advised that she is **not available on August 12, 2026**, and that she is available on **August 19, 2026**. That information reached Plaintiff after the Stipulation had been transmitted for filing, and the August 12 alternative was not removed before it was filed. The error was Plaintiff's.

3. **The August 12, 2026 alternative is withdrawn.** The parties jointly request that the Initial Case Management Conference be continued to **Wednesday, August 19, 2026, at 2:00 p.m.**, or to such other date thereafter as the Court's calendar permits. Plaintiff is unavailable on August 11, 2026. Plaintiff submits this errata promptly so that the conference is not set on a date when Apple's counsel cannot appear.

4. In all other respects the Stipulation stands as filed. In particular, the parties agree that the conference should be continued, that nothing measured from the conference date must be redone because the Rule 26(f) conference was held on July 10, 2026 and the Joint Case Management Statement was filed on July 28, 2026 (ECF No. 123), and that Plaintiff seeks no postponement of the entry of a scheduling order under Federal Rule of Civil Procedure 16(b).

5. In light of the parties' stipulation, Plaintiff's Motion to Continue the Initial Case Management Conference, filed August 3, 2026, may be denied as moot.

Dated: August 3, 2026

By: /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

## I. CORRECTED [PROPOSED] ORDER

Having reviewed the parties' stipulation as corrected by this errata, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Initial Case Management Conference presently set for August 5, 2026, at 2:00 p.m. is **CONTINUED** to **Wednesday, August 19, 2026, at 2:00 p.m.**, via Zoom.

2. The parties having already conducted their conference under Federal Rule of Civil Procedure 26(f) and filed their Joint Case Management Statement (ECF No. 123), no further statement or conference of the parties is required, and no other date or deadline in this action is modified by this Order.

3. Plaintiff's Motion to Continue the Initial Case Management Conference is **DENIED as moot**.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________

HON. JACQUELINE SCOTT CORLEY
United States District Judge

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

## II. CERTIFICATE OF SERVICE

I, Thomas Joseph Goddard, hereby certify that on the date of filing identified on the ECF docket, I caused the foregoing **NOTICE OF ERRATA** to be filed electronically with the Clerk of the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record registered to receive electronic notice in this action, including:

Todd K. Boyer, Esq.; Billie D. Wenter, Esq.; Sarah E. Brauer, Esq.
BOYER WENTER LLP
1585 North 4th Street, Suite N, San Jose, CA 95112
Email: tboyer@boyerwenter.com; bwenter@boyerwenter.com; sbrauer@boyerwenter.com
*Attorneys for Defendant Apple Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true & correct. Executed at Vacaville, California.

Dated: August 3, 2026

By: /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se