United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

APPLE INC,

Defendant.

Case No. 25-cv-06187-JSC

**ORDER RE: MOTION TO FILE A THIRD AMENDED COMPLAINT AND MOTION FOR EXPEDITED DISCOVERY**

Re: Dkt. Nos. 116, 120, 131

As discussed at the August 19, 2026 initial case management conference, Plaintiff's multiple motions to file a Third Amended Complaint that pleads only the three claims the Court already ruled can go forward, and which Apple already answered, is DENIED as unnecessary.

Also as discussed, Plaintiff's motion to shorten time to hear his motion seeking to: (1) enter his proposed expedited pretrial schedule, and (2) order Apple not to destroy information responsive to Plaintiff's preservation demand is DENIED. The Court entered a schedule at the August 19, 2026 case management conference, and court-ordered preservation is unnecessary.

This Order disposes of Docket Nos. 116, 120, 131.

**IT IS SO ORDERED.**

Dated: August 19, 2026

JACQUELINE SCOTT CORLEY
United States District Judge